UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERRISQUE TABLADA, )<br> )<br> PLAINTIFFS, )<br>v. )<br> )<br>ROCKET MORTGAGE, LLC; )<br>SEVEN DEUCE, LLC, )<br> )<br> DEFENDANTS. ) | C.A. No. |

## NOTICE OF REMOVAL

To: The Honorable Judges of the United States District Court for the District of Rhode Island

Pursuant to 28 U.S.C. §§ 1441 *et seq*, the Defendant, Rocket Mortgage, LLC, hereby removes the action captioned *Amerrisque Tablada v. Rocket Mortgage, LLC, et al.*, Civil Action No. WC-2026-0047 ("Tablada 2"), now pending in the Washington County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island. In so doing, the Defendant states the follows:

1. On June 17, 2025, the Plaintiff, Amerrisque Tablada, filed a nearly identical complaint in the Federal District Court, Case Action No. 1:25-cv-00284-MSM-AEM ("Tablada 1"), alleging the same causes of action asserted in the present action: Breach of Contract; Breach of the Regulations established by the Secretary of Housing and Urban Development (HUD) pursuant to 12 C.F.R. 1024.39, *et seq.*; and Injunctive Relief to restrain Rocket Mortgage from preparing or transferring the subject property by foreclosure deed.

2. On September 17, 2025, after extensive briefing and oral argument, the Federal District Court (McElroy, J.) in Tablada 1 denied Plaintiff's motion for preliminary injunction.

3. On September 26, 2025, Rocket Mortgage filed a motion to dismiss for failure to state a claim, pursuant to Rule 12(b)(6), in *Tablada 1*, though the motion was never heard.

4. On December 1, 2025, the Plaintiff in *Tablada 1* voluntarily dismissed the case.

5. On January 29, 2026, the Plaintiff filed *Tablada 2* asserting the same causes of action raised in *Tablada 1*.

6. Plaintiff identifies that he is a resident of Rhode Island. *Tablada 2 Compl.* at ¶ 2.

7. Plaintiff identifies Rocket Mortgage as a limited liability company having a principal place of business located in the State of Michigan. *Id.* at ¶ 9.

8. While Plaintiff identifies the Co-Defendant, Seven Deuce LLC, as a Rhode Island limited liability company. *Id.* at ¶¶ 5.

9. However, the Plaintiff's complaint involves a federal question related to alleged violations under the HUD Regulations, pursuant to 12 C.F.R. § 1024.39, *et seq. See id.* at ¶¶ 56-57.

10. Plaintiff now alleges, again, that Rocket Mortgage's January 24, 2025 foreclosure sale is void because it did not comply with the HUD Regulations. *See id.* at ¶ *id.* at ¶¶ 56-57, 70.

11. Plaintiff asserts the same allegations as in *Tablada 1* that Rocket Mortgage did not make good-faith efforts to establish live contact with the Plaintiff as required in the HUD Regulations. *See id.* at ¶¶ 24-31.

12. Just as in *Tablada 1*, Plaintiff again asserts that the Rocket Mortgage did not comply with the face-to-face meeting requirements in the HUD Regulations. *See id.* at ¶¶ 50-53.

13. Plaintiff also claims for the second time that he is eligible for a "standalone partial claim loss mitigation option, which were allegedly never offered by Rocket Mortgage. *See id.* ¶¶ 54-55.

14. As a result, this Court has original subject matter jurisdiction over this action on the basis of 28 U.S.C. § 1441(c), as Plaintiff's claims involve a federal question related to HUD's Regulations, 12 C.F.R. § 1024.39, *et seq.*

15. Pursuant to 28 U.S.C. § 1446, Defendant's notice of removal is timely as it is filed within thirty (30) days of notice of the complaint, although Rocket Mortgage has not been served with the Summons and Complaint.

16. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Washington County Superior Court.

17. Pursuant to Local Rule 81(a), Defendants will do whatever is necessary to enable the clerk of the state court to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case being removed within 14 days. A copy of all pleadings in the state court case are attached hereto as **Exhibit A**.

18. The copies of the notice to the Plaintiff's attorney and to the Washington County Superior Court are attached hereto as **Exhibit B**.

**WHEREFORE**, Defendant respectfully requests that the above action now pending against it in the Washington County Superior Court be removed therefrom to this Court.

> Respectfully submitted,
> **DEFENDANT,**
> **Rocket Mortgage, LLC,**
> By its attorneys,
>
> */s/ Rowdy M. Cloud*_____
> Rowdy M. Cloud, Esq. (# 9383)
> BROCK AND SCOTT, PLLC
> 23 Messenger Street, Second Floor
> Plainville, MA 02726
> Tel: (508) 379-4516
> rowdy.cloud@brockandscott.com

Dated: February 27, 2026

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document was filed through the Court's ECF system this 27th day of February, 2026. I further certify that a true and accurate copy of the foregoing document was sent by electronic mail and by first class mail at the address and electronic mail address below:

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920
Jbelaw75@gmail.com

                                                */s/ Rowdy M. Cloud*
                                                Rowdy M. Cloud, Esq. (#9383)