**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **AMERRISQUE TABLADA,** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| **v.** ) | **C.A. No.** |
| ) | |
| **ROCKET MORTGAGE, LLC;** ) | |
| **SEVEN DEUCE, LLC,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Rocket Mortgage, LLC, discloses that it is a Michigan limited liability company wholly owned by Rocket Limited Partnership, a Michigan limited partnership.  Rocket Limited Partnership is owned by Rocket GP, LLC, a Michigan limited liability company and Rocket LP, LLC, a Michigan limited liability company. Rocket Companies, Inc., a Delaware corporation, is the sole member of Rocket GP, LLC and of Rocket LP, LLC. Rocket Mortgage, LLC is not a publicly traded company. No publicly-held corporation owns 10 percent or more of the stock of Rocket Mortgage, LLC.

Respectfully submitted by,
**DEFENDANT,**
**Rocket Mortgage LLC,**
By Its Attorneys,

*/s/ Rowdy M. Cloud*
Rowdy M. Cloud, Esq. (#9383)

Dated: February 27, 2026

Brock and Scott, PLLC
23 Messenger Street, Second Floor
Plainville, MA 02762
Tel: (508) 379-4516
rowdy.cloud@brockandscott.com

### CERTIFICATE OF SERVICE

I, Rowdy M. Cloud, hereby certify that, on this 27th day of February 2026, I caused a copy of the foregoing *Rule 7.1 Corporate Disclosure Statement* to be filed and served via the ECF system on the parties registered to receive electronic service in this matter.

The document is available for viewing and/or downloading from the ECF system.

/s/ Rowdy M. Cloud_____

Rowdy M. Cloud, Esq. (#9383)