**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMERRISQUE TABLADA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) **C.A. No. 1:26-CV-00118-MSM-AEM** |
| ROCKET MORTGAGE, LLC; | ) |
| SEVEN DEUCE, LLC, | ) |
| | ) |
| DEFENDANTS. | ) |

### DEFENDANT, ROCKET MORTGAGE, LLC'S MOTION TO DISMISS

The Defendant, Rocket Mortgage, LLC, hereby moves this Court, pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, to dismiss Plaintiff, Amerrisque Tablada's, complaint for failure to state a claim upon which relief can be granted because they fail to allege any plausible facts that Rocket Mortgage breached an obligation contained in the mortgage contract. In support of its motion, Rocket Mortgage submits its memorandum of law and references the Complaint and the exhibits appended thereto.

Respectfully submitted by,
DEFENDANT,
Rocket Mortgage, LLC,
By Its Attorneys,

/s/ Rowdy M. Cloud
Rowdy M. Cloud, Esq. (#9383)
Brock and Scott, PLLC
23 Messenger Street, Second Floor
Plainville, MA 02762
TEL: (508) 919-8638
Email: rowdy.cloud@brockandscott.com

Date: March 24, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 24th day of March 2026, I caused a copy of the foregoing document to be filed and served via the ECF system on the parties registered to receive electronic service in this matter. I further certify that a copy of said document to be served via electronic mail to:

John B. Ennis
Jbelaw75@gmail.com

The document electronically filed is available for viewing and/or downloading form the ECF system.

/s/ Rowdy M. Cloud
Rowdy M. Cloud, Esq. (#9383)

2

Def's Mot. to Dismiss
*Tablada v. Rocket Mortgage, LLC*                                        C.A. No. 1:26-cv-00118-MSM-AEM